MAY V. SAUNDERS, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Submitted May 22, 1933; decided May 31, 1933.)

*Arthur J. W. Hilly, Corporation Counsel (Arthur H. Kerns* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion. (See 262 N. Y. 539.)

ROBINS DRY DOCK AND REPAIR COMPANY, Appellant and Respondent, *v.* NAVIGAZIONE LIBERA TRIESTINA, S. A., Respondent, and MORAN TOWING AND TRANSPORTATION COMPANY, INC., Appellant.

(Submitted May 22, 1933; decided May 31, 1933.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 455.)

ANNA M. SWEENY, Appellant, *v.* MAY C. WAIT, Respondent.

(Submitted May 22, 1933; decided May 31, 1933.)

Motion for reargument granted and case set down for argument or submission on Monday, June 5, 1933. (See 261 N. Y. 690; 262 N. Y. 566.)